# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

D'ANN S. MCCOY,

                Petitioner

        v.

BOUREIMA OUEDRAOGO,

                Respondent

: No. 13 EAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.